1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorneys for Plaintiffs,
   DANNY BATES, et al.
6

7  Daniel F. Pyne III, Esquire
   HOPKINS & CARLEY
8  P.O. Box 1469
   San Jose, CA  95109-1469
9  Telephone: (408) 286-9800
   Facsimile: (408) 998-4790
10
   ATTORNEYS FOR DEFENDANTS,
11 C.L. BRYANT and C.L. BRYANT, INC.

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                           (Fresno Division)

16

17 DANNY BATES, et al.           )    CASE NO. CV-F-07-1825 LJO SMS
                                 )
18            Plaintiffs,        )    STIPULATION TO CONTINUE
                                 )    SCHEDULING CONFERENCE;
19 vs.                           )    ORDER
                                 )
20 C.L. BRYANT, Inc., et al.,    )
                                 )
21            Defendants.        )
   _____)
22

23     IT IS HEREBY STIPULATED by and between the parties, through

24 their respective counsel, that the Court should enter an Order

25 continuing the Scheduling Conference in this matter from March 19,

26 2008 to March 26, 2008 or the next available date on the Court's

27 calendar.

28     This request is based on the fact that plaintiff's counsel has

---

STIPULATION TO CONTINUE SCHEDULING CONFERENCE;            CASE NO.CV-F-07-1825 LJO SMS
[PROPOSED] ORDER

a previously scheduled hearing in San Bernardino County Superior Court on March 19, 2008 in the case of <u>Cabrera v. Dairyland Hay Company</u>.

| | |
|---|---|
| DATE: February 12, 2008 | LAW OFFICE OF JERRY BUDIN |
| | /s/ Jerry Budin |
| | _____ |
| | JERRY BUDIN<br>Attorney for Plaintiffs,<br>DANNY BATES, et al. |
| DATE: February 14, 2008 | HOPKINS & CARLEY |
| | /s/ Daniel F. Pyne |
| | _____ |
| | DANIEL F. PYNE III<br>Attorneys for Defendants,<br>C.L. BRYANT and C.L. BRYANT, INC. |

**ORDER**

Based upon the above Stipulation, and good cause appearing therefrom,

The Scheduling Conference is continued to March 26, 2008 at 8:45 a.m.

IT IS SO ORDERED.

**Dated:    February 20, 2008              /s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE