CASE 1:07-cv-01825-LJO-SMS   Document 27   Filed 07/15/08   Page 1 of 3

1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorneys for Plaintiffs,
   DANNY BATES, et al.
6

7  Daniel F. Pyne
   State Bar #131955
8  HOPKINS & CARLEY
   P.O. Box 1469
9  San Jose, CA  95109-1469
   Telephone: (408) 286-9800
10 Facsimile: (408) 998-4790

11 Attorneys for Defendants,
   C.L. BRYANT, Inc., et al.
12

13
                   UNITED STATES DISTRICT COURT
14
                  EASTERN DISTRICT OF CALIFORNIA
15
                        (Fresno Division)
16

17
   DANNY BATES, et al.          )____CASE NO. CV-F-07-1825 LJO SMS
18                              )
                 Plaintiffs,    )    STIPULATION TO AMEND
19                              )    PRELIMINARY SCHEDULING
   vs.                          )    ORDER; [PROPOSED] ORDER
20                              )
   C.L. BRYANT, Inc.,           )
21 et al.,                      )
                 Defendants.    )
22 _____  )

23
        It is hereby stipulated by and between the parties, through
24
   their respective attorneys, as follows:
25
        1.   The Court previously entered its Preliminary Scheduling
26
   Order in this matter on March 26, 2008 (Doc. 21).  The parties have
27
   complied with that Order and have completed most, but not all
28
   discovery related to class certification.

STIPULATION TO AMEND PRELIMINARY SCHEDULING                CASE NO. CV-F-07-1825 LJO SMS
ORDER; [PROPOSED] ORDER

1    2.    The parties have now concluded that it would be more

2  fruitful at this time to explore settlement rather than to expend

3  further resources on continued litigation, including the upcoming

4  class certification motion.  The parties intend to engage in ADR

5  with a mediator in late August or early September, 2008.

6    3.    Therefore, to allow the parties to engage in good

7  faith settlement discussions, the parties request that this court

8  amend its Preliminary Scheduling Order (Doc. 21) to extend the

9  deadlines therein by sixty (60) days as follows:

10          a.    New deadline for closure of discovery related to
                  class certification - October 8, 2008.
11
            b.    New deadline to file and serve class certification
12                motion - October 20, 2008.

13          c.    New deadline to file and serve opposition papers -
                  November 3, 2008.
14
            d.    New deadline to file and serve reply papers -
15                November 10, 2008.

16          e.    New hearing on class certification motion -
                  November 17, 2008 at 8:30 a.m.
17

18
   Dated: July 11, 2008          LAW OFFICE OF JERRY BUDIN
19
                                      /s/ Jerry Budin
20                                 _____
                                   JERRY BUDIN
21                                 Attorney for Plaintiffs,
                                   DANNY BATES, et al.
22

23 Dated: July 11, 2008          HOPKINS & CARLEY

24                                    /s/ Daniel F. Pyne

25                                 _____
                                   DANIEL F. PYNE
                                   Attorney for Defendants,
26                                 C.L. BRYANT, Inc., et al.

27

28
   STIPULATION TO AMEND PRELIMINARY SCHEDULING          CASE NO. CV-F-07-1825 LJO SMS
   ORDER; [PROPOSED] ORDER                  2

1          [PROPOSED] ORDER

2      GOOD CAUSE APPEARING from the above stipulation, it is ordered

3   as follows:

4      1.   The deadlines in the Preliminary Scheduling Order are

5   extended as follows:

6          a.   Deadline to complete class certification discovery
                - October 8, 2008.
7
           b.   Deadline to file and serve plaintiff's class
8               certification motion - October 20, 2008.

9          c.   Deadline to file and serve defendants' opposition
                papers - November 3, 2008.
10
           d.   Deadline to file and serve plaintiff's reply papers
11              - November 10, 2008.

12         e.   Hearing on plaintiff's class certification motion -
                November 17, 2008 at 8:30 a.m.
13
      2.   In all other respects, the Preliminary Scheduling Order
14
   remains in effect.
15
      **IT IS SO ORDERED.**
16
   **Dated:    July 14, 2008**                    **/s/ Lawrence J. O'Neill**
17                                          **UNITED STATES DISTRICT JUDGE**

18

19

20

21

22

23

24

25

26

27

28