UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BATES, et.al, | CASE NO. CV-F-07-1825 LJO SMS |
|         Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| C.L. BRYANT, et al., | |
|         Defendants. | |

Plaintiff's counsel notified this Court that settlement has been reached between all plaintiffs and defendants. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than December 22, 2008,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   October 17, 2008**               /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE