1 | Jerry N. Budin
State Bar #88539
2 | Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
3 | Modesto, California 95355
Telephone: (209) 544-3030
4 | Facsimile: (209) 544-3144

5 | Attorney for Plaintiffs,
DANNY BATES, et al.

6

7 | UNITED STATES DISTRICT COURT

8 | EASTERN DISTRICT OF CALIFORNIA

9 | (Fresno Division)

10 | DANNY BATES, et al.,          )   CASE NO. CV-F-07-1825 LJO SMS
                                  )
11 |              Plaintiffs,     )   STIPULATION FOR DISMISSAL WITH
                                  )   PREJUDICE OF ACTION AGAINST
12 | vs.                          )   DEFENDANTS C.L. BRYANT, INC.
                                  )   AND C.L. BRYANT;
13 | C.L. BRYANT, et al.,         )   ORDER
                                  )
14 |              Defendants.     )
     _____)
15

16   It is hereby stipulated by and between the named plaintiffs to
17 this action, through their counsel, and defendants C.L. Bryant,
18 Inc. and C.L. Bryant, through their counsel, that the above-
19 captioned action against defendants C.L. Bryant, Inc. and C.L.
20 Bryant be dismissed with prejudice pursuant to Federal Rule of
21 Civil Procedure 41(a)(1).
22   This stipulation is based on the fact that the named
23 plaintiffs are entering into a settlement with defendants C.L.
24 Bryant, Inc. and C.L. Bryant prior to any certification of any
25 classes with respect to those two defendants.  Under the current
26 text of F.R.C.P. Rule 23(e), adopted in 2003, such a settlement
27 does not require court approval:
28         [P]rior to certification, the named plaintiffs
           may   dismiss   class   claims   without   court

> approval. The named plaintiffs may settle or voluntarily dismiss their own claims just as in an individual action...in which case the class claims would have to be dismissed as well. Rule 23(e) does not provide the District Courts with any supervisory authority over such dismissals, nor does it require notice to the absent class members. 5 Moore's Federal Practice (3d Ed. 2005), §23.64(2)(a), p. 23-315.

See also F.R.C.P. 23, Advisory Committee Note of 2003 ("The new rule requires approval only if the claims, issues or defenses of a <u>certified class</u> are resolved by settlement, voluntary dismissal or compromise.")(Emphasis added).

DATED: November 17, 2008                LAW OFFICE OF JERRY BUDIN

                                        /s/ Jerry Budin
                                        Jerry Budin
                                        Attorney for Plaintiffs,
                                        DANNY BATES, et al.

DATED: November 17, 2008                HOPKINS & CARLEY

                                        /s/ Daniel F. Pyne
                                        Daniel F. Pyne
                                        Attorneys for Defendants,
                                        C.L. BRYANT, INC. et al.

**ORDER**

Based on the foregoing and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice as to defendants C.L. Bryant, Inc. and C.L. Bryant. This case is closed.

IT IS SO ORDERED.

**Dated:   November 18, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

---

STIPULATION FOR DISMISSAL WITH PREJUDICE                CASE NO. CV-F-07-1825 LJO SMS
OF ACTION AGAINST DEFENDANTS C.L. BRYANT, INC.
AND C.L. BRYANT; [PROPOSED] ORDER